IN THE UNITED STATES DISTIRCT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.

3:05CR:144
CIVIL ACTION NO. 3:06cv368 TSL-JCS

ISAIAS LOPEZ-JAIMES

## JUDGMENT

For the reasons given in the court's February 6, 2007, order, and the order entered on this date, it is hereby

ORDERED AND ADJUDGED that the motion of Isaias Lopez-Jaimes for relief pursuant to 28 U.S.C. §2255 is dismissed with prejudice.

ORDERED AND ADJUDGED this 22nd day of March, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE